UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                               Case No. 10-14003

vs.

                                               HON. GEORGE CARAM STEEH

VENUS COLEMAN

        Defendant,

and

JP MORGAN CHASE BANK, NA,

        Garnishee Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS (DOC. # 16)

       This is a student loan case in which a default judgment was granted in favor of the government. Judgment was entered in a total amount of $3,653.91, subject to post-judgment interest, following which a writ of garnishment issued to JP Morgan Chase Bank. Defendant has filed a request for hearing about the garnishment and claim for exemptions, stating that her source of income is exempt social security disability benefits. In its response, the government indicates that such funds may be exempt from garnishment, and states that it has forwarded to defendant a 'total permanent disability application." Once it receives that application from defendant, the government states it will evaluate whether discharge of the payment obligations is warranted.

For the foregoing reasons, defendant's request for a hearing is hereby DENIED WITHOUT PREJUDICE. Should defendant desire a hearing following the government's review of her application, she is instructed to file a new request for hearing.

**IT IS SO ORDERED**.

Dated: October 18, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Venus Coleman, 19700 Woodingham Drive, Detroit, MI 48221, on October 18, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk